```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone (916) 554-2738
```



**FILED**

MAY 1 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:08 - SW - 0183

| IN THE MATTER OF THE SEARCH ) | Case No. _____ |
| OF: SEALED                  ) | |
|                             ) | |
|                             ) | |
| _____ ) | |

## SEALING ORDER

Upon Application of the United States of America and good cause having being shown therefor,

IT IS HEREBY ORDERED that ~~documents in the above referenced case~~ the search warrant application and affidavit only shall be sealed until further order of the Court.

DATED: May 14, 2008

GREGORY G. HOLLOWS
HONORABLE GREGORY G. HOLLOWS
United States Magistrate Judge