

1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738



FILED

JUN  6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Search     )
    of                              )
12                                  )   Case. Nos. 08-SW-180, 181, 183
                                    )             184 GGH
13  3663 Nuestro Road               )
    Yuba City, CA                   )   [PROPOSED] PROTECTIVE ORDER
14  (and other locations)           )
                                    )
15                                  )
                                    )
16  _____ )

17       The Court, having considered the position of the United States,

18  by and through its counsel, AUSA S. Robert Tice-Raskin, and Dr.

19  Arjinderpal Sekhon, by and through his counsel, Johnny L. Griffin,

20  III, and finding good cause, hereby ORDERS as follows:

21       1.   The United States, and its agents, may have access to and

22            take possession of all potentially medically-privileged

23            documents seized in connection with the above-noted

24            searches and currently in the custody of the Court.

25       2.   These documents can be utilized by government attorneys

26            and agents assigned to or supervising this investigation

27            or any prosecution related thereto, as well as any duly

28            impaneled grand jury connected with this investigation or

                                    1

1   any prosecution related thereto; otherwise, these

2   documents will not be disseminated outside of the custody

3   of the noted government attorneys/agents or Grand Jury

4   until further order of this or another Court of this

5   District.

6   3.   Neither the United States, Dr. Arjinderpal Sekhon, nor any

7   agent of the same, shall contact any patients delineated

8   on Attachment B to the warrants regarding this

9   investigation until further order of this Court.

10

11   DATED: 6 June 2008                    GREGORY G. HOLLOWS

                                         GREGORY G. HOLLOWS
12                                       U.S. Magistrate Judge

13

14

15   Approved as to form:

16

17   
     S. ROBERT TICE-RASKIN
18   Asst. United States Attorney

19

20   Approved as to form:

21

22   
     JOHNNY L. GRIFFIN, III
23   Attorney for
     Dr. Arjinderpal Sekhon

24

25

26

27

28

2

1

<u>CERTIFICATE OF SERVICE BY MAIL</u>

2     The undersigned hereby certifies that she is an employee in

3  the Office of the United States Attorney for the Eastern District

4  of California and is a person of such 6, 2008, she served a copy

5  of the attached **[PROPOSED] PROTECTIVE ORDER** by facsimile said

6  copy addressed to the person(s) hereinafter named, at the

7  place(s) and address(es) stated below, which is/are the last

8  known address(es).

9  <u>Served By FAX</u>:
   JOHNNY L. GRIFFIN, III, ESQ.
10 1010 F STREET, SUITE 200
   SACRAMENTO, CA   95814
11 (916) 444-5558

12

13

14

15

16

17

18

19

20

21     GWEN LINCOLN

22

23

24

25

26

27

28