```
McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2738
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>3663 Nuestro Road<br>Yuba City, CA<br>(and other locations) | Case. Nos. 08-SW-180, 181, 183<br>184 GGH<br><br>STIPULATION REGARDING<br>DOCUMENT REVIEW; ORDER<br><br>JUDGE: Hon. Mag. Judge<br>G.G. Hollows |

**STIPULATION**

Plaintiff United States of America, by and through its counsel, and Dr. Arjinderpal Sekhon, by and through his counsel, hereby stipulate as follows:

1. On June 5, 2008, the Court ordered defense counsel to conduct a review of potentially attorney-client privileged documents for this matter prior to June 30, 2008, and to present Government taint counsel with a privilege log related thereto. The Court also ordered Government taint counsel to conduct its review of the documents identified as potentially privileged by the defense and for both parties to file a joint status report outlining what

1

```
 1          documents are in dispute, all within 10 days from June 30,
 2          2008.  By previous stipulation, this final deadline was
 3          extended to July 24, 2008.
 4     2.   Both defense counsel and Government taint counsel have
 5          completed their respective reviews.  They have also met
 6          and conferred and are in the process of preparing the
 7          contemplated joint submission.  In light of the scheduling
 8          commitments of counsel, it is believed that counsel need
 9          an additional week to complete the joint submission, and
10          request an extension of time through July 31, 2008 for
11          this purpose.
12  IT IS SO STIPULATED.
13  DATED: 23 July 2008                    McGREGOR W. SCOTT
                                           United States Attorney
14
15                                   By:   /s/ Tice-Raskin
                                           S. ROBERT TICE-RASKIN
16                                         Assistant U.S. Attorney
17  DATED: 23 July 2008
18                                   By:   /s/ Tice-Raskin for
                                           JOHNNY L. GRIFFIN, III.
19                                         Attorney for
                                           Dr. Arjinderpal Sekhon
20                                         (Signature per telephonic
                                           authorization)
21
22                               **ORDER**
23   IT IS SO ORDERED.
24  DATED:07/25/08                         /s/ Gregory G. Hollows
                                           _____
25                                         GREGORY G. HOLLOWS
                                           U.S. Magistrate Judge
26
    08sw180.ord
27
28
                                    2
```