1  McGREGOR W. SCOTT
   United States Attorney
2  S. ROBERT TICE-RASKIN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2738

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search    )
   of                             )
12                                )      Case. Nos. 08-SW-180, 181, 183
                                  )                 184 GGH
13 3663 Nuestro Road              )
   Yuba City, CA                  )      STIPULATION REGARDING
14 (and other locations)          )      DOCUMENT REVIEW; ORDER
                                  )
15                                )
                                  )      JUDGE: Hon. Mag. Judge
16 _____ )             G.G. Hollows

17                          **STIPULATION**

18      Plaintiff United States of America, by and through its counsel,

19 and Dr. Arjinderpal Sekhon, by and through his counsel, hereby

20 stipulate as follows:

21      1.   On June 5, 2008, the Court ordered defense counsel to

22           conduct a review of potentially attorney-client privileged

23           documents for this matter prior to June 30, 2008, and to

24           present Government taint counsel with a privilege log

25           related thereto.  The Court also ordered Government taint

26           counsel to conduct its review of the documents identified

27           as potentially privileged by the defense and for both

28           parties to file a joint status report outlining what

                                   1

1      documents are in dispute, all within 10 days from June 30,

2      2008.  By previous stipulations/orders, this final

3      deadline was extended to July 31, 2008.  Also by previous

4      stipulation/order, Government taint counsel took

5      possession of the potentially Attorney-Client privileged

6      documents previously held by the Court, and has

7      maintained continuous and sole custody of those documents

8      at a secure location in the U.S. Attorney's Office during

9      his review.

10   2.   Both defense counsel and Government taint counsel have

11        completed their respective reviews, have met and

12        conferred, and have resolved all privilege issues related

13        to these documents.

14   3.   According to defense counsel and Government taint counsel,

15        all of the documents that are privileged have been placed

16        in sealed pink envelopes which are clearly labeled as

17        privileged.  Any documents that are not in a pink envelope

18        are not privileged. Sometimes a single set of documents

19        examined were found to contain both privileged and

20        non-privileged pages.  In those cases, government taint

21        counsel placed the privileged pages in a pink envelope and

22        marked it with a sticker containing an exhibit number and

23        the designation "P."  The unprivileged pages were marked

24        with the same exhibit number but the designation "NP."

25        Moreover, government taint counsel included a marker page

26        with the "NP" set describing in general terms the

27        documents that had been removed and placed in the

28        corresponding pink envelope.

2

1    4.   All of the above documents, both non-privileged and

2         privileged, may now be transferred to the assigned

3         prosecutor and agents handling this investigation, who may

4         maintain custody of these documents hereafter.  All

5         privileged documents in sealed pink envelopes will remain

6         in the custody of federal law enforcement in a secure

7         facility and will also remain sealed unless and until this

8         Court orders otherwise.  The Government may now review any

9         non-privileged documents.

10   IT IS SO STIPULATED.

11   DATED: 31 July 2008                    McGREGOR W. SCOTT
                                            United States Attorney
12

13                                   By:  /s/ Tice-Raskin
                                          S. ROBERT TICE-RASKIN
14                                        Assistant U.S. Attorney

15   DATED: 31 July 2008

16                                   By:  /s/ Tice-Raskin for
                                          JOHNNY L. GRIFFIN, III.
17                                        Attorney for
                                          Dr. Arjinderpal Sekhon
18                                        (Signature per telephonic
                                          authorization)
19

20                              **ORDER**

21    IT IS SO ORDERED.

22   DATED: 08/05/08                     /S/ Gregory G. Hollows

23                                       _____
                                         GREGORY G. HOLLOWS
                                         U.S. Magistrate Judge
24
     08sw180.ord2
25

26

27

28

3